UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARAJUKU LOVERS, INC. AND MRS. ME, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, <br><br> Defendants. | 1:07-cv-0593 LJO SMS <br><br> NEW CASE NUMBER: <br><br> 1:07-cv-0593 OWW TAG <br><br> ORDER REASSIGNING CASE |

It appearing that this matter is related to case number 1:07-cv-0399 OWW TAG, Giant Merchandising v. Jane Does 1-100;

It is hereby ordered that this case be reassigned from the docket of Judge Lawrence J. O'Neill to the docket of Senior Judge Oliver W. Wanger and from the docket of Magistrate Judge Sandra M. Snyder to the docket of Magistrate Judge Theresa A. Goldner.

IT IS SO ORDERED.

Dated:   April 19, 2007                    /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1