UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARAJUKU LOVERS, LLC )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.            )<br>)<br>JANE DOES 1-100, ET.AL, <br>)<br>)<br>)<br>Defendant.  )<br>)<br>_____ ) | 1:07-CV-00593 OWW TAG<br><br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:  December 20, 2007**                **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

1