Cara Burns (SBN: 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street Suite 300
Santa Monica, California 90405
Telephone:  (310) 314-1721
Facsimile:  (310) 314-1725
cburns@hmkblawyers.com

Attorneys for Plaintiffs,
Harajuku Lovers, L.L.C. and Mrs. Me, Inc.

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARAJUKU LOVERS, L.L.C. AND MRS. ME, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, <br><br> Defendants. | Case No. CV 07: 0593 OWW <br><br> REQUEST FOR EXONERATION OF BOND AND DISPOSITION OF SEIZED MATERIALS, ORDER THEREON |

Plaintiffs having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

IT IS HEREBY:

ORDERED, that the bond posted by Plaintiffs shall be, and hereby is, exonerated and released to the Plaintiffs, and it is further

ORDERED, that Plaintiffs are authorized to destroy or otherwise dispose of all infringing merchandise.

IT IS SO ORDERED.

Dated: December 19, 2007
At: 11:10 a.m.

_____
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE